

Nicolas Vieth
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## District of Columbia (Washington DC)

| | |
|---|---|
| United States of America, | No. 1:24-mj-0301-ZMF |
| Plaintiff, | |
| v. | Notice of Appearance |
| Ehsan Arbabi, | |
| Defendant. | |

Please take notice that Nicolas Vieth is appearing as attorney of record for Ehsan Arbabi on this matter.

Dated: October 4, 2024

>Federal Defenders of Eastern Washington & Idaho
>Attorneys for Ehsan Arbabi
>
>*s/Nicolas Vieth*
>Nicolas Vieth, WA 34196
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>Phone (509) 624-7606
>Fax (509)747-3539
>Nick_Vieth@fd.org

### Service Certificate

I certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Taylor Fontan.

>*s/Nicolas Vieth*
>Nicolas Vieth, WA 34196
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>Phone (509) 624-7606
>Fax (509)747-3539
>Nick_Vieth@fd.org