# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ehsan Arbabi<br><br>*Defendant* | Case: 1:24-mj-00301<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 9/23/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Ehsan Arbabi_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/23/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/23/2024, and the person was arrested on *(date)* 10/2/2024
at *(city and state)* COEUR d'ALENE, IDAHO.

Date: 10/2/2024

*Arresting officer's signature*

SPECIAL AGENT MARK ZAHACZEWSKY
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00301 |
|  | ) Assigned To : Judge Zia M. Faruqui |
| Ehsan Arbabi | ) Assign. Date : 9/23/2024 |
| DOB: | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Civil Disorder |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building or Grounds, and, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building.. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____09/23/2024_____

*Judge's signature*

City and state: _____Washington, D.C._____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

Case 1:24-mj-00301-ZMF Document

Case: 1:24-mj-00301
Assigned To : Judge Zia M. Faruqui
Assign. Date : 9/23/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiliant, ███████████, is a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to ███████ Division, ███████ Resident Agency working terrorism matters in conjunction with the ███████ Joint Terrorism Task Force. I have been employed by the FBI since June 2012. Prior to joining the FBI, I served in the United States Army as both an Infantry and Intelligence Officer and as a Defense Contractor. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. As a case agent I have investigated federal law violations including homicide, assault, sexual assault, child sexual assault, domestic violence, firearms offenses, the sale and distribution of illegal narcotics as well as matters of national security including hate crimes, conspiracy and various interstate violations. During these investigations, I have obtained and executed warrants, to include search and arrest warrants and federal grand jury subpoenas, issued under the authority of the United States.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police

attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

<u>ARBABI'S INTERVIEW WITH THE FBI AND IDENTIFICATION</u>

In April 2021, Ehsan ARBABI agreed to an interview with the FBI in the presence of his attorney. During the interview, the interviewing agent identified that ARBABI was wearing the same blue and gray jacket the day of the April interview as he was on January 6, 2021. The interviewing agent showed ARBABI the following photos and ARBABI confirmed his identity:



*Images 1 and 2: Screenshots of open-source video taken on January 6, 2021 on Capitol grounds*

2

The FBI also recovered multiple photos and videos of ARBABI at the Capitol on January 6 after a consent search of his phone and GoPro camera.

### ARBABI'S ACTIONS BEFORE JANUARY 6, 2021

ARBABI drove from Idaho to Washington, D.C. to attend the "Stop the Steal" protest. Before January 6, ARBABI had multiple text conversations between January 2, 2024 and January 5, 2024, in which he explained why he wanted to attend the "Trump Rally." He told various people that he felt "compelled to [go to D.C.] for some reason"; that he felt "like the universe is trying to guide me that way [to D.C.] for whatever reason"; and that "There were many reasons for my decision, but the rally, my 40th birthday, the end of the year, wrapping up my last decade, bring out on the open road again, all of those were significant factors".

On January 5, ARBABI texted an individual, "It's tomorrow, they open the gates to the White House lawn at 7, speakers start at 9, President speaks at 11, then it's a march to the capitol building for the certification vote".

### ARBABI'S ACTIVITIES IN WASHINGTON, D.C. ON JANUARY 6

According to ARBABI's interview with the FBI, ARBABI arrived in Washington, D.C. on January 5, 2021. He stayed at the Ritz Carlton in Pentagon City.

ARBABI told the FBI during his interview that he wanted to get to D.C. early to get a good spot to view former President Trump's speech. There are numerous photos on ARBABI's phone that place him near the Washington monument on January 6 between 7:40 a.m. and 11:30 a.m. ARBABI told the FBI that he didn't stay for all of former President Trump's speech but walked to the Capitol building because he thought that former President Trump would be speaking at the Capitol building.

Based on photos and videos recovered from ARBABI'S phone and GoPro and open-source videos and photos, ARBABI then traveled to the west side of the Capitol building. Based on my review of ARBABI's video footage, as ARBABI approached the Capitol building, there were multiple layers of snow fencing with "Area Closed" signs and bike fencing.


*Image 3: Photo recovered from ARBABI's phone*

Based on my review of ARBABI's video footage, ARBABI walked closer to the Capitol building, walking past "area closed" signs.


*Image 4: Screenshot from one of ARBABI's videos*

4

Based on my review of ARBABI's footage, he was stopped by a line of police officers on the west side of the Capitol building. The police officers set up line of bike racks to stop ARBABI and the other rioters from walking closer to the Capitol building. Other rioters chant "This is our house!" Moments later, the rioters overtook the police line and continued towards the Capitol building. ARBABI follows and steps over permanent fencing that had been torn from the ground.



*Image 5: Screenshot from one of ARBABI's videos*

Additional people continued to arrive until thousands of people had gathered in front of the west side of the Capitol building. ARBABI was among the first of rioters to reach the police line in the west plaza of the Capitol building.

ARBABI continued to take numerous videos of the events with his GoPro. The videos included video of other rioters confronting law enforcement officers and engaging in violence. His videos also depict law enforcement attempting to push back rioters away from the building. In one video, he turned the camera on himself and said, "this is fucking history."

Eventually, police officers reestablished a police line with bike racks on the west plaza. ARBABI remained on the west plaza. At approximately 2:28 p.m., while on the west plaza, ARBABI picked up a flag on a flagpole and pushed himself and the rioters in front of him forward towards the line of law enforcement officers and bike fencing:



*Image 6: Open-source video screenshot of ARBABI pushing towards line of police officers and bike fencing (ARBABI circled in yellow)*

Based on my review on open-source video and body worn camera footage, ARBABI continued to push forward towards the line of police officers until the police line had been breached by rioters and the bike racks had been moved aside.



*Image 7: Open-source video screenshot of ARBABI pushing towards line of police officers and bike fencing (ARBABI circled in yellow)*



*Image 8: Body Worn Camera screenshot of ARBABI pushing towards line of police officers and bike fencing (ARBABI circled in yellow)*

Once ARBABI broke through the police line and bike racks, he waved his flag in a celebratory manner. Based on my review of ARBABI's photos, he then continued to advance toward the Capitol building.



*Image 9 and 10: Photo recovered from ARBABI's phone*

7

ARBABI entered the Capitol building at approximately 2:44 p.m. through the upper west terrace door.



*Image 11: CCTV footage (ARBABI circled in yellow)*

ARBABI remained in the Capitol building for approximately 10 minutes and exited through the senate wing door.

At approximately 3:36 p.m.[1], ARBABI texted an individual, "We're gonna try to hold the Capitol until midnight to force a continent election apparently". ARBABI texted another individual at 3:46 p.m. stating "I'm part of the group storming the Capitol, I'll update you later, I'm fine though". At approximately 3:46 p.m., ARBABI sent a message in which he stated, "[]we're literally storming the Capitol building".

At approximately 4:03 pm, ARBABI received a text from an individual stating, "You are committing an act of terrorism on a federal building ehsan". ARBABI responded five seconds later stating, "Wrong," and six seconds later "It's our house".

At approximately 4:04 p.m., ARBABI sent a text message, "I can't wait to upload all my videos dude it's nuts". At 4:05 p.m. ARBABI received a text message that asked, "tear gas?" and ARBABI responded, "Yup".

Based on open-source video, videos taken on ARBABI's phone, and body worn camera footage, once outside of the Capitol building, ARBABI remained on a concrete area on Capitol grounds near the Capitol building until approximately 4:30 p.m. ARBABI did not leave Capitol grounds until a line of police officers in riot gear removed him. Later on January 6, at

---

[1] Times have been converted from Coordinated Universal Time to Eastern Standard Time.

approximately 6:50 p.m., ARBABI texted another individual, "Dude I literally had my back against a riot shield getting shoved back".

## ARBABI'S COMMUNICATIONS AFTER JANUARY 6, 2021

In the days after January 6, ARBABI texted with multiple individuals regarding his actions at the Capitol. On January 7, 2021, ARBABI received multiple texts from an individual who expressed concern about ARBABI's presence at the Capitol. In response to one message that expressed concern that ARBABI "broke into the Capitol", ARBABI responded, "Yeah but I didn't have any weapons lol". The individual continued to express concern that the FBI may "interrogate you [Arbabi] as a domestic terrorist!" ARBABI responded, "Well one man's domestic terrorist is another man's freedom fighter".

ARBABI sent other messages about his participation in the events of January 6:
- On January 9, 2021, he stated, "I wanted to give my son an example, to see his dad stand up for something"
- On January 9, 2021, he stated, "The world always thinks people like me are crazy lol. But I think people like me are necessary too"
- On January 22, 2021, he stated, "I went because it's ALL corrupt and I thought people might actually be able to effect some positive change, but the media hijacked the narrative the way they always do and turned it into yet another divisive issue rather than one that could have been incredibly unifying to the country. You just have to watch the videos to understand"

## ARBABI'S INTERVIEW WITH THE FBI

As described above, ARBABI was interviewed by FBI in April 2021. He told the FBI agent that his intent was to document the events of January 6 firsthand in the spirit of an "amateur reporter" so that he could accurately relay the truth of what happened that day rather than rely on the mainstream media. ARBABI told the FBI that he entered the building after hearing "legitimate arguments by other members of the crowd about their presence at the Capitol building." He said that at the time he thought that his actions seemed like an appropriate and acceptable method to express his grievances but that in hindsight, he regretted his behavior. ARBABI told the FBI that he planned to share all of his videos and photos via social media. Based on the FBI's investigation, ARBABI did not share his videos and photos on social media.

## PROBABLE CAUSE OF VIOLATIONS OF LAW

Based on the foregoing, your affiant submits that there is probable cause to believe that ARBABI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of

Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that ARBABI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

      Finally, your affiant submits there is probable cause to believe that ARBABI violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

      Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of September 2024.

_____
Honorable Zia M. Faruqui
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Initial Appearance on a Rule 5/Criminal Complaint
☒Preliminary Hearing: WAIVED
☒Detention Hearing: Government not requesting detention

| | |
|---|---|
| MAGISTRATE JUDGE: Raymond E. Patricco, Jr. | DATE: October 2, 2024 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 2:30 pm – 2:52 pm |
| Recorded in Courtroom 7 | Boise to CDA, ID |

### UNITED STATES OF AMERICA vs. EHSAN ARBABI
2:24-mj-00242

Counsel for:   United States (AUSA): Traci Whelan
              Defendant: Nicolas Vieth, Federal Defender
              USPO: Jessica Kinsel

☒Defendant sworn.
☒Waived personal appearance for today's proceeding.
☒Maximum penalties were given to Defendant re Class A Misdemeanors.

☒Defendant has read, reviewed waivers.
☒Reviewed Due Process Act with Defendant and Counsel(s).
☒Waiver of Rule 5(c)(3) – Identity Hearing, and Preliminary Hearing signed by Defendant and Counsel dated October 2, 2024.
☒Government not seeking Detention
☒Court transferred case to District of Columbia.
☒Order Setting Conditions of Release to be entered by the Court. Travel to the Eastern District of Washington and District of Columbia (amended No. 6).
☒Defendant to appear via Zoom October 10, 2024 at 12:30 Eastern Time before Judge Michael Harvey. A Zoom link will be provided to counsel.

☒Counsel may keep copy of Bail Report; so Ordered.
☒Docket Note: The Court shall allow Defense Counsel to provide the Bail Report to new counsel in District of Columbia.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

_____

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:24-mj-00301 |
| Ehsan Arbabi | ) |
| *Defendant* | ) Charging District's Case No. |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* USDC Dist Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/2/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nicolas V Vreeland
*Printed name of defendant's attorney*

AO 199A (as modified by the District of Idaho - Rev. 11/20) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   0976 2:24-00242M-001 |
| Ehsan Arbabi | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: via Zoom, on October 10, 2024, at 12:30PM, before U.S. Magistrate Judge Michael Harvey
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

DEFENDANT: Ehsan Arbabi

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must continue or actively seek employment.

8. The defendant must continue or start an education program.

9. The defendant must surrender any passport to Pretrial Services.

10. The defendant must not obtain a passport or other international travel document.

11. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to the District of Idaho, Eastern District of Washington, the District of Columbia for court matters, and as approved by pretrial services.

12. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

13. The defendant must obtain mental health treatment as directed by the pretrial officer. The defendant must pay all or part of the cost for the assessment and treatment based upon their ability to pay as determined by the pretrial services officer.

14. The defendant must not possess a firearm, destructive device, or other weapon.

15. The defendant must not use alcohol at all.

16. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

17. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon ability to pay as determined by the Pretrial Services office or supervising officer.

18. The defendant must participate in a substance abuse assessment and participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or the supervising officer. The defendant must pay all or part of the cost of the assessment and treatment based upon their ability to pay as determined by the pretrial services officer.

19. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

20. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

21. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

22. The defendant must appear virtually via Zoom, on October 10, 2024, at 12:30PM, before U.S. Magistrate Judge Michael Harvey.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

Page 3 of 3 Pages

DEFENDANT:    Ehsan Arbabi

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)   any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)   a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Coeur d'Alene, Idaho
*City and State*

### Directions to the United States Marshal

( X )   The defendant is ORDERED released after processing.
( ☐ )   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

October 2, 2024
*Date*

_____
*Judicial Officer's Signature*

Raymond E. Patricco, Chief U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

TERMED,TRANSF

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.7 (CDA - Northern)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00242-REP All Defendants

| | |
|---|---|
| Case title: USA v. Arbabi | Date Filed: 09/27/2024 |
| Other court case number: 1:24-mj-301 District of Columbia | Date Terminated: 10/02/2024 |

Assigned to: US Magistrate Judge Raymond Edward Patricco, Jr

**Defendant (1)**

| | | |
|---|---|---|
| **Ehsan Arbabi**<br>*TERMINATED: 10/02/2024* | represented by | **North Federal Defender**<br>Federal Defenders Of Eastern Washington & Idaho<br>Spokane Office<br>608 W Riverside Ave., Suite 900<br>Spokane, WA 99201<br>509-624-7606<br>Fax: 509-747-3539<br>Email: adrienne_daratha@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

| | | |
|---|---|---|
| **USA** | represented by | **Traci Jo Whelan**<br>US ATTORNEY'S OFFICE<br>6450 N. Mineral Drive<br>Suite 210<br>Coeur d'Alene, ID 83815<br>(208) 667-6568<br>Email: Traci.Whelan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2024 | 1 | DOCKET TEXT NOTICE OF HEARING as to Ehsan Arbabi (Notice sent to USP & USM) Video Initial Appearance and Arraignment set for 10/2/2024 02:30 PM (Mountain Time) / 01:30 PM (Pacific Time) in Coeur d Alene - Bankruptcy/Magistrate Courtroom before US Magistrate Judge Raymond Edward Patricco Jr. Judge Patricco to preside via courtroom to courtroom.(jh) |
| 09/27/2024 | 2 | Rule 5(c)(3) Documents Received from the District of Columbia case no. 1:24-mj-00301 as to Ehsan Arbabi (Notice sent to USP & USM) (Attachments: # 1 Warrant, # 2 Order to seal)(jd) |
| 09/27/2024 | 3 | DOCKET TEXT NOTICE OF HEARING as to Ehsan Arbabi (Notice sent to USP & USM) Video Initial Appearance on Criminal Complaint - Rule 5(c)(3) set for 10/2/2024 02:30 PM (Mountain Time) / 01:30 PM (Pacific Time) in Coeur d Alene - Bankruptcy/Magistrate Courtroom before US Magistrate Judge Raymond Edward Patricco Jr. Judge Patricco to preside via courtroom to courtroom. (jh) |
| 10/02/2024 | 4 | Minute Entry for proceedings held before US Magistrate Judge Raymond Edward Patricco, Jr:Initial Appearance in Rule 5(c)(3)/Rule 32 Proceedings as to Ehsan Arbabi held on 10/2/2024 (Notice sent to USP & USM). (ESR B. Fifer.) Audio File Location Boise - Courtroom 7. (jh) |
| 10/02/2024 | 5 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Ehsan Arbabi. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defenders of Eastern Washington and Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by US Magistrate Judge Raymond Edward Patricco, Jr.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jh) |
| 10/02/2024 | 6 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Ehsan Arbabi : The Government shall adhere to all provisions of General Order #392.Signed by US Magistrate Judge Raymond Edward Patricco, Jr.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jh) |
| 10/02/2024 | 7 | CJA 23 Financial Affidavit by Ehsan Arbabi (lm) |
| 10/02/2024 | 8 | WAIVER of Rule 5(c)(3) Hearing by Ehsan Arbabi (Notice sent to USP & USM) (lm) |

| | | |
|---|---|---|
| | | Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (lm) |
| 10/02/2024 | [10](#) | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Ehsan Arbabi. Your case number is: 1:24-mj-00301. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (lm) |