

J. Stephen Roberts, Jr.
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## District of Columbia
### (Washington D.C.)

United States of America,

                Plaintiff,

    v.

Ehsan Arbabi,

                Defendant.

No. 1:24-mj-0301-ZMF-1

Notice of Appearance

Please take notice that J. Stephen Roberts, Jr. is appearing as attorney of record for Ehsan Arbabi on this matter.

Dated: October 7, 2024

Federal Defenders of Eastern Washington & Idaho
Attorneys for Ehsan Arbabi

/s/ *J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA45825
Federal Defenders of
Eastern Washington and Idaho
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
Ph. (509) 624-7606
Email: Steve_Roberts@fd.org

## SERVICE CERTIFICATE

I certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Taylor Fontan.

/s/ *J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA45825
Federal Defenders of
Eastern Washington and Idaho
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
Ph. (509) 624-7606
Email: Steve_Roberts@fd.org