

Nicolas Vieth
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## District of Columbia (Washington DC)

| | |
|---|---|
| United States of America, | No. 1:24-mj-0301-ZMF-1 |
| Plaintiff, | Motion to Continue Status Hearing |
| v. | |
| Ehsan Arbabi, | |
| Defendant. | |

1    Defendant Ehsan Arbabi ("Mr.3)Arbabi") moves the Court for at least a 90-
2    day continuance of the status conference in the above-captioned matter. This is
3    Mr. Arbabi's first request for a continuance.

4    Mr. Arbabi is presently charged by Complaint with one count Civil Disorder
5    in violation of 18 U.S.C. § 231(a)(3); one count Entering and Remaining in any
6    Restricted Building or Grounds Without Lawful Authority, in violation of 18
7    U.S.C. 1752(a)(1); one count Disorderly and Disruptive Conduct in a Restricted
8    Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); one count Disorderly
9    Conduct in a Capital Building or Grounds in violation of 40 U.S.C. § 5104(e)(2)(D)
10   and one count Parading, Demonstrating, or Picketing in a Capital Building in
11   violation of 40 U.S.C. § 5104(e)(2)(G).  ECF No. 1

12   A status conference is currently scheduled for December 17, 2024 at 1:00
13   p.m.

14   Mr. Arbabi has requested but has not yet received any discovery on this case.
15   Undersigned counsel is requesting additional time to receive and review discovery
16   with Mr. Arbabi.  Also, additional time is required to investigate the case, interview
17   witnesses, and have case-related discussions.

18   Assistant U.S. Attorney Taylor Fontan was contacted regarding the Motion
19   and has no objection.

Finally, Mr. Arbabi was advised of his right to a Speedy Trial and agrees to waive such right. Mr. Arbabi will sign a Waiver of Speedy Trial in support of the motion which will be filed separately.

Here, a valid basis for a trial continuance exists, and the ends of justice will be served by granting a continuance, which outweighs the interests of the public and Mr. Arbabi in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Mr. Arbabi also believes this time is eligible for exclusion under the Speedy Trial Act based on delay from other proceedings. *See* 18 U.S.C. § 3161(h)(1).

Therefore, Mr. Arbabi respectfully requests that the Court take the following actions:

1) Continue the status hearing in this matter;

2) Exclude all appropriate time under the Speedy Trial Act;

3) Extend the pretrial motions deadline accordingly;

Dated: December 13, 2024

    Federal Defenders of Eastern Washington & Idaho
    <u>s/Nicolas Vieth</u>
    Nicolas Vieth, WSBA #34196
    601 W. Riverside Ave., Ste. 900
    Spokane, Washington 99201
    509.624.7606
    Nick_Vieth@fd.org

## SERVICE CERTIFICATE

I certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Taylor Fontan

<u>s/Nicolas Vieth</u>
Nicolas Vieth, WSBA #34196
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606
Nick_Vieth@fd.org