UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-mj-301-ZMF-1 |
| : | |
| Ehsan Arbabi, : | |
| : | |
| Defendant. : | |

### ORDER

Based upon the representations in the Motion to Continue Status Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on December 17, 2024, be continued to March 18, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between December 17, 2024, and March 18, 2025, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and review discovery.

Date: 12/16/2024

_____
UNITED STATES MAGISTRATE JUDGE